**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**


ROBERT BRIAN WATERHOUSE,

     Petitioner,

v.                                                                  CASE NO. 8:12-CV-298-T-30MAP

SECRETARY, DEPARTMENT
OF CORRECTIONS,

     Respondent.

_____/


**O R D E R**

Before the Court is Attorney Robert A. Norgard's Motion for Appointment of Counsel

*Nunc Pro Tunc* and for Payment of Attorney's Fees (Dkt. 18).[1]  Attorney Norgard was

appointed to represent Petitioner, now deceased, in the instant federal habeas proceedings.

In his original Motion for Appointment of Counsel, Attorney Norgard requested that he be

appointed, *nunc pro tunc*, to the date that the death warrant was signed, January 4, 2012 (see

Dkt. 3).  The Court granted the motion *nunc pro tunc* to February 9, 2013, because the Court

was aware that Attorney Norgard had represented Petitioner in extensive state court

proceedings following the issuance of the death warrant, for which Attorney Norgard was

not entitled to compensation under 18 U.S.C. § 3006A (see Dkt. 7).   Attorney Norgard's

request for appointment *nunc pro tunc* to January 4, 2012, was denied without prejudice to

---

[1]A hearing on this matter was held on April 23, 2014.

him seeking reimbursement for work performed on or after that date that was in pursuit of Petitioner's federal proceedings (Id.).

Attorney Norgard now asserts that he and his law partners began working on the federal habeas proceedings on January 15, 2012, and requests that he be appointed *nunc pro tunc* to that date, and compensated only for the time spent in the federal proceedings. In support of his request, he has provided the Court with time logs showing the work he performed in both the state court proceedings and federal habeas proceedings.

Upon consideration, it is **ORDERED** that Attorney Norgard's Motion for Appointment of Counsel *Nunc Pro Tunc* and for Payment of Attorney's Fees (Dkt. 18) is **GRANTED**. Attorney Norgard's appointment as counsel for Petitioner is *nunc pro tunc* to January 15, 2012. Attorney Norgard's submitted CJA-30 billing form is approved for payment.

**DONE** and **ORDERED** in Tampa, Florida on April 23, 2014.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copy to: Counsel of Record

2